January 25, 2015

Texas Court of Appeals
P.O. Box 12308
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 28 2015

Abel Acosta, Clerk

RE: STATUS OF CASE 05-13-00598,
& 05-13-00599-CR, PRO-SE
Petition For Discretionary
Review

To Whom It May Concern,

I am writing you to request

the status of my case on Appeal

And the "Petition For Discretionary

Review," Filed PRO SE in October

2014, About the 17th of October.

I have NOT heard Anything.

Your immediate Assistance, would

Be greatly Appreciated.

Sincerely,
Ms. Pat Donaldson
State ID # 03272146
BooKIN # 13028305

P.O. BoX 660334
DALLAS, TX 75266